# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE P. LeBLANC,<br><br>        Plaintiff,<br><br>  v.<br><br>BARBATO, *et al.*,<br><br>        Defendants. | Case No. CV 16-04329 JLS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that

(1) the Report and Recommendation of the Magistrate Judge is accepted and adopted;

(2) the pending motion to dismiss is denied, in part, as to plaintiff's claims against defendants in their individual capacities;

(3) the motion to dismiss is granted, in part, and dismissing without leave to amend and with prejudice plaintiff's claims against all defendants in their official capacities;

(4) plaintiff's claim for declaratory relief is stricken as moot; and

(5) defendants shall file an answer to the Complaint within sixty days of the Order.

DATED: August 4, 2017

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE