# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE P. LeBLANC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BARBATO, *et al.*,<br><br>　　　　Defendants. | Case No. CV 16-04329 JLS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) defendants' Motion for Summary Judgment is granted (ECF No. 59); (3) Judgment shall be entered in favor of the remaining defendants Barbato, Gonzales, Avalos, and Caballero; and (4) the case is dismissed.

DATED: September 23, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE