# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE P. LeBLANC,<br><br>  Plaintiff,<br><br>  v.<br><br>BARBATO, *et al.*,<br><br>  Defendants. | Case No. CV 16-04329 JLS (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED that Judgment is entered in favor of defendants Barbato, Gonzales, Avalos and Caballero and against plaintiff Antoine P. LeBlanc, and the case is hereby dismissed.

DATED: September 23, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE